FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY 19 AM 9: 58

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CHRISTOPHER L. SMITH,

    Plaintiff,

vs.

ROBERT SMITH, Sheriff; MIKE VICKERS, Jail Officer; MARCUS COLLINS, Inmate; C. WILCOX, Officer, and S. BAILEY, Officer,

    Defendants.

CIVIL ACTION NO.: CV505-021

## ORDER

Plaintiff previously submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*. By Order dated April 7, 2005, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until May 9, 2005 to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that April 7, 2005, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 19th day of May, 2005

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

Christopher L. Smith )

vs ) CASE NUMBER CV505-21

Robert Smith, Sheriff, et al. ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/19/05, which is part of the official record of this case.

Date of Mailing: 5/19/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Christopher L. Smith, Coffee County Jail, 225 W. Bryant Street, Douglas, GA 31533

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate